| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Lungstrum, John W | 2. Court or Organization USDC, District of Kansas | 3. Date of Report 5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ● Final | 6. Reporting Period 1/1/2 04 to 12/31/2004 |
| 7. Chambers or Office Address 517 U.S. Courthouse 500 State Avenue Kansas City, KS 66101 | 8. On the basis of the information contained in this report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor from the Judiciary | University of Kansas School of Law (as approved by Chief Judge of my Circuit) |
| 2. | Director and officer | Westward Ho, Inc. (corporation which owns residential property for personal use in Colorado) |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | University of Kansas income for approved teaching | $5441.22 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Harvard University | Expenses for speaking at conference to explain organization and function of American judiciary. |
| 2. | American Bar Association | Expenses for attending meeting of Commission on the American Jury. |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $0 |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportabl income, assets, or transactions) | | | | | | | | | |
| 1. Morgan Stanley Dean Witter Liquid Asset Fund (Money Mkt) | A | Dividend | L | T | Deps. & W/ds | | | | |
| 2. Morgan Stanley Dean Witter Pacific Growth (Mutual Fund) | A | Dividend | J | T | Div Reinvest | | | | |
| 3. American Opportunities Fund (Mutual Fund) | A | Distribution | J | T | Div Reinves | | | | |
| 4. Westar Ener Inc f/k/a Western Resources Inc. (Common stock) | B | Dividend | K | T | | | | | |
| 5. IRA (See Attachments 1 and 2) | D | Interest | O | T | | | | | |
| 6. United Community Bank (CD) | A | Interest | K | T | Buy | 09-03 | K | | |
| 7. Eaton Vance Tax MGD Growth Fund (mutual fund) | | None | K | T | | | | | |
| 8. Kansas State DOT (Bond) | A | Interest | K | T | | | | | |
| 9. Sedgwick Co. USD (Bond) | A | Interest | | | Redemp | 11-01 | K | A | |
| 10. Lawrence KS GO (Bond) | A | Interest | J | T | Buy | 09-09 | J | | |
| 11. Lawrence KS GO (Bond) | A | Interest | K | T | | | | | |
| 12. Wichita Rev. (Bond) | A | Interest | J | T | | | | | |
| 13. Johnson Co Wtr Dist (Bond) | B | Interest | K | T | | | | | |
| 14. Kansas St. Hwy Rev (Bond) | A | Interest | J | T | | | | | |
| 15. Shawnee Co. USD 437 (Bond) | A | Interest | | | Redemp | 09-01 | J | A | |
| 16. Johnson Co. Rev. (Bond) | A | Interest | J | T | | | | | |
| 17. Kansas St. Dev. Fin Auth (Bond) | A | Interest | K | T | | | | | |
| 18. Derby GO (Bond) | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Kansas St Dev-U (Bond) | A | Interest | K | T | | | | | |
| 20. Burlington Envr (Bond) | A | Interest | K | T | | | | | |
| 21. Johnson Co. Pk & Rec. (Bond) | A | Interest | J | T | | | | | |
| 22. Western Bank (CD) | A | Interest | | | Redemp | 05-17 | J | A | |
| 23. Volkswagen Bank (CD) | A | Interest | | | Redemp | 07-19 | J | A | |
| 24. Topeka KS GO (bond) | A | Interest | J | T | Buy | 11-23 | K | | |
| 25. Coffeyville Electric Utility (Bond) | A | Interest | J | T | Buy | 09-02 | J | | |
| 26. Johnson CO Water District (Bond) | A | Interest | J | T | Buy | 7-14 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII:
I have treated the stock dividend reinvestment programs (lines 2 and 3) as exempt because they merely represent a change in the form of the asset.

With regard to the IRA (line 5), I have only shown interest in Column B(2) because the computer program would permit listing only one type. However, dividends and capital gains were also realized by the IRA.

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Lungstrum, John W

Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu[REDACTED]

Date **9 May 2005**

NOTE: [REDACTED]FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# Attachment 1

## John W. Lungstrum
## District of Kansas

May 9, 2005

## VII.  Investments and Trusts continued

Listing of assets in rollover IRA as of 31 December, 2004

| Description of Assets | Value Code | Value Method |
|---|---|---|
| US T Bd Fed Strip (Zero coupon treasury) | K | T |
| MSDW Liq. Asset (Money market fund) | J | T |
| MSDW Value Added Equity (Mutual fund) | K | T |
| MSDW Mid-Cap Growth FD (Mutual fund) | K | T |
| Cornerstone Fund (Mutual fund) | K | T |
| Select Future Fund (Mutual fund) | K | T |
| MSDW Real Estate Fund (Mutual Fund) | K | T |
| Templeton Developing Mkts Fund A (Mutual Fund) | J | T |
| MSIF Small Cap Value Instl (Mutual Fund) | K | T |
| MSDW International Fund D (Mutual Fund) | K | T |
| Sempra Energy (Bond) | J | T |
| General Motors Acceptance Corp. (Bond) | J | T |
| May Dept. Stores Co. (Note) | K | T |
| Financing Corp. Ser 1 (Treasury) | J | T |
| Financing Corp. Ser D (Treasury) | J | T |
| MSDW S&P 500 Index (Mutual Fund) | K | T |
| Spectrum Global Bal (Mutual Fund) | J | T |
| Van Kampen Comstock A (Mutual Fund) | K | T |

| Description of Assets | Value Code | Value Method |
|---|---|---|
| MSD International Value Equity Fund (Mutual Fund) | K | T |
| Fidelity Advisor Mid Cap A (Mutual Fund) | K | T |
| Ing Int'l Value A (Mutual Fund) | K | T |
| Pimco High Yield Fund A (Mutual Fund) | J | T |
| Pimco Small Cap Value Fund (Mutual Fund) | J | T |
| Berger Mid Cap Value FD (now Janus) (Mutual Fund) | J | T |
| Davis Real Estate A (Mutual Fund) | J | T |
| Evergreen Int'l GRFDCLA (Mutual Fund) | J | T |
| S&P 500 Index Fund D (Mutual Fund) | K | T |
| MSDW High Yield Securities B (Mutual Fund) | J | T |
| MSDW Value Fund B (Mutual Fund) | J | T |
| MSDW International Value Equity FB B (Mutual Fund) | K | T |
| MSDW S&P 500 Index Fund B (Mutual Fund) | J | T |
| Davis New York Venture A (Mutual Fund) | K | T |
| Dreyfus Appreciation Fund (Mutual Fund) | K | T |
| RS Partners Fund (Mutual Fund) | J | T |
| SBC Communications Inc. (Bond) | J | T |
| MSDW Equally Weighted S&P 500 (Mutual Fund) | K | T |

May 9, 2005

| Description of Assets | Type | Date | Value Code | Gain Code |
|---|---|---|---|---|
| MSIF Small Cap Value Instl (Mutual Fund) | Sell | 02/05 | J | A |
| MSDW Real Estate Fund (Mutual Fund) | Sell | 02/05 | J | A |
| Ing Intl Value A (Mutual Fund) | Sell | 02/09 | J | A |
| MSIF Small Cap Value Instl (Mutual Fund) | Sell | 04/29 | J | A |
| Fidelity Advisor Mid Cap A (Mutual Fund) | Sell | 05/03 | J | A |
| Templeton Developing Mkts Fund A (Mutual Fund) | Sell | 05/03 | J | A |
| MSDW European Growth Fund (Mutual Fund) | Redemption | 07/09 | J | A |
| MSDW Dividend Growth (Mutual Fund) | Redemption | 07/09 | J | A |
| MSDW S&P 500 Index (Mutual Fund) | Buy | 07/09 | J | |
| MSDW International Value Equity Fund (Mutual Fund) | Buy | 07/09 | J | |
| MSDW Value Fund B (Mutual Fund) | Buy | 07/09 | J | |
| MSDW Value Added Equity (Mutual Fund) | Redemption | 07/09 | J | A |
| MSIF Small Cap Value Instl (Mutual Fund) | Buy | 07/13 | J | |
| VanKampen Comstock A (Mutual Fund) | Buy | 07/13 | J | |
| MSDW S&P 500 Index Fund D (Mutual Fund) | Buy | 07/13 | J | |
| MSDW Value Added Equity (Mutual Fund) | Buy | 07/13 | J | |
| MSDW International Fund D (Mutual Fund) | Buy | 07/13 | J | |
| MSDW International Value Equity Fund (Mutual Fund) | Buy | 07/13 | J | |

| Description of Assets | Type | Date | Value Code | Gain Code |
|---|---|---|---|---|
| MSDW Real Estate Fund (Mutual Fund) | Buy | 07/13 | J | |
| MSDW Mid-Cap Growth (Mutual Fund) | Buy | 07/13 | J | |
| Delaware Trend Fund A (Mutual Fund) | Sell | 07/14 | J | |
| Enterprise Growth A (Mutual Fund) | Sell | 07/14 | K | A |
| MFS Value Fund A (Mutual Fund) | Sell | 07/14 | K | A |
| Van Kampen Aggressive Growth A (Mutual Fund) | Sell | 07/14 | J | A |
| Davis New York Venture A (Mutual Fund) | Buy | 07/14 | K | |
| Dreyfus Appreciation Fund (Mutual Fund) | Buy | 07/14 | K | |
| RS Partners Fund (Mutual Fund) | Buy | 07/14 | J | |
| MSDW Equally Weighted S&P 500 (Mutual Fund) | Buy | 07/14 | J | |
| Household Finance Corp. (Bond) | Redemption | 08/16 | J | A |
| SBC Communications, Inc. (Bond) | Buy | 09/02 | J | |
| | | | | |